

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK AARON LENNON, | CASE NO. CV 06-05237 CAS (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARK SHEPHERD, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/16/08

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE